# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR HARVEY (1)<br>GABRIEL MILLER (2),<br>Defendant. | Case No.: 19-CR-04581-GPC<br><br>**ORDER AND JUDGMENT** |

For good cause appearing, the Court GRANTS the Government's Motion to Dismiss the Information As To Gabriel Miller With Prejudice.

**IT IS SO ORDERED.**

Dated: November 23, 2020

Hon. Gonzalo P. Curiel
United States District Judge